# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: ANGELA R. RICKMAN ) Bankruptcy Case No.
    SSN XXX-XX-9722 ) 14-82631-CRJ-13
     )
    Debtor(s) )

## ORDER ON MOTION TO MODIFY PLAN AFTER CONFIRMATION

This matter came before the Court on the Debtor's Motion to Modify Chapter 13 Plan After Confirmation. Notice was given to all parties and a hearing was held on August 7, 2019 with appearances by Michele Hatcher, Chapter 13 Trustee, and Nick Gajewski, Attorney for the Debtor.

Based upon the agreement of the parties it is therefore ORDERED, ADJUDGED, and DECREED that the Motion is APPROVED with the following provisions:

1. The Debtor's Chapter 13 plan payments are increased to $507 monthly beginning August 2019.
2. The Debtor's Chapter 13 plan term is extended two (2) additional months.
3. Beginning August 2019, the Debtor shall be placed on a three (3) month monitoring period, time being of the essence, wherein if plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.
4. The fixed payments shall be adjusted in accordance with the modification in monthly payments.

Dated this the 12th day of August, 2019.

        /s/ Clifton R. Jessup, Jr.
        Clifton R. Jessup, Jr.
        United States Bankruptcy Judge

Order Prepared By:
Nicholas H. Gajewski, Esq.
Approved By:
Michele T. Hatcher, Chapter 13 Trustee